1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| CYNTHIA M. PEARSON,<br><br>  Plaintiff,<br><br>  vs.<br><br>JO ANNE B. BARNHART,<br>Commissioner of Social Security,<br><br>  Defendant | Civil No. C05-5428-RBL<br><br><br>ORDER OF REMAND |

 Based on the stipulation of the parties, it is hereby ORDERED that this case is REVERSED and REMANDED for further proceedings under sentence four of 42 U.S.C. § 405(g). On remand, an administrative law judge (ALJ) will hold a de novo hearing, re-evaluate the severity of Plaintiff's mental impairment at step two of the sequential evaluation process, and continue thereafter with the sequential evaluation process. Pursuant to 20 C.F.R. §§ 404.983, 416.1483, Plaintiff may submit new evidence and raise any issue on remand whether or not raised previously.

Page 1    ORDER - [C05-5428-RBL]

The Commissioner will consider Plaintiff's application for reasonable attorney fees and costs, pursuant to the Equal Access to Justice Act.

DATED this 15th day of February, 2006.

						RONALD B. LEIGHTON
						UNITED STATES DISTRICT JUDGE

Recommend for Entry:


    s/ Karen L. Strombom
UNITED STATES MAGISTRATE JUDGE


Presented by:

s/ David M. Blume
Special Assistant U.S. Attorney
Office of the General Counsel
701 Fifth Ave, Ste 2900
Seattle, WA 98104
Phone: (206) 615-2212
Fax: (206)615-2531
david.blume@ssa.gov

Page 2    ORDER - [C05-5428-RBL]