United States District Judge RONALD B. LEIGHTON

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| CYNTHIA M. PEARSON, | ) |
| Plaintiff, | ) CIVIL NO. 05-5428RBL |
| vs. | ) ORDER FOR EAJA FEES, COSTS AND ) EXPENSES |
| JO ANNE B. BARNHART, | ) |
| Commissioner of Social Security, | ) |
| Defendant. | ) |

THIS MATTER having come on regularly before the undersigned upon by Plaintiff's Motion to Award EAJA Fees, Costs, and Expenses, the Defendant not opposing said motion, and the Court agreeing that EAJA fees, costs, and expenses should be awarded, good cause having been shown, now, therefore, it is hereby

ORDERED that Plaintiff's attorney Amy M. Gilbrough is hereby awarded EAJA fees of $1,547.03 and expenses of $88.16 pursuant to 28 U.S.C. §2412 and costs of

ORDER FOR EAJA FEES, COSTS AND EXPENSES [05-5428RBL] - 1

Elie Halpern & Associates, P.S.
1800 Cooper Pt. Road SW, Bldg. 19
Olympia, WA 98502

(360) 753-8055

$25.70 as set out at 28 U.S.C. §1920, payable from the Judgment Fund pursuant to 31 U.S.C. §1304.

DATED this 10th day of April, 2006.

*Ronald B. Leighton*

RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

Presented by:

S/AMY M. GILBROUGH
AMY M. GILBROUGH,
Attorney for Plaintiff

ORDER FOR EAJA FEES, COSTS AND EXPENSES [05-5428RBL] - 2

Elie Halpern & Associates, P.S.
1800 Cooper Pt. Road SW, Bldg. 19
Olympia, WA 98502

(360) 753-8055