# United States District Court

WESTERN DISTRICT OF WASHINGTON

CYNTHIA M. PEARSON

        v.

MICHAEL ASTRUE

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C05-5428RBL

___   **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_X_   **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

1. Plaintiff's attorney Elie Halpern is awarded a gross attorney fee of $2,513.78 pursuant to 42 U.S.C. § 406(b), reduced by the EAJA fees of $1,547.03 that previously were awarded, leaving a net fee of $966.75. Social Security is directed to send to Plaintiff's attorney the net balance of $966.75 minus any applicable processing fees as allowed by statute.

| April 24, 2009 | BRUCE RIFKIN |
|---|---|
| | Clerk |

                                                Jennie L. Patton
                                                Deputy Clerk